## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

IN RE: Abdul Fatah Mohammed

DOCKET NO.: 3:01cv513 (DJS)

:USCA NO.     02-7339

VS.

LAZ PARKING

**RECORD ON APPEAL**
**PLEASE USE ATTACHED DOCKET SHEET AS INDEX**

Certified copy of docket sheet

**DOCUMENT NO.**
A

*[FILED stamp: 2004 MAR -8 A 8:10, U.S. DISTRICT COURT, HARTFORD, CT]*